# United States Bankruptcy Court
## Southern District of Georgia

In re  **Bernard E. Harper**  
Debtor(s)

Case No.  
Chapter **13**

## TRANSMITTAL OF PAY ADVICES

Attached to this transmittal are copies of all payment advices (pay stubs), or other evidence of payment, received by the debtor(s) from employer(s) within sixty (60) days before the filing of the petition.

1. Debtor  **Bernard E. Harper**

   Employer  **Hutto's American Super Suds Inc.**

   Dates of Pay Advices:  From  **8/4/2017**  To  **9/29/2017**

   The debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty (60) days before the filing of the petition because:

   ☐ The Debtor was not employed.

   ☐ The Debtor's source of income was from Social Security.

   ☐ The Debtor was self employed.

2. Joint Debtor (Spouse)

   Employer

   Dates of Pay Advices:  From  To

   The joint debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty (60) days before the filing of the petition because:

   ☐ The Joint Debtor was not employed.

   ☐ The Joint Debtor's source of income was from Social Security.

   ☐ The Joint Debtor was self employed.

**Important Notice of Redaction Responsibility:** Any attached documents must be redacted in compliance with Fed. R. Bankr. P. 9037. Only include the last four digits of a debtor's social security number or individual taxpayer identification number.

_/s/_  October 2, 2017    _Bernard E. Harper_  October 2, 2017  
Signature of Attorney   Date    Signature of Debtor    Date

**Lee Ringler**  
Name of Attorney    Signature of Joint Debtor (if any)   Date

HUTTO'S AMERICAN SUPER SUDS INC.
1754 C Springhill Church Rd.
HEPHZIBAH, GA 30815

Bernard Harper
2630 Crosscreek Rd.
Hephzibah, GA 30815

Direct Deposit

| Employee Pay Stub | | Check number: DD1438 | | | Pay Period: 07/26/2017 - 08/01/2017 | | Pay Date: 08/04/2017 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | SSN | Status (Fed/State) | Allowances/Extra | |
| Bernard Harper, 2630 Crosscreek Rd., Hephzibah, GA 30815 | | | | | ***-**-4472 | Single/Single | Fed-2/0/GA-2/0 | |
| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Direct Deposit** | | | Amount |
| Hourly Rate 1 | 25:11 | 8.00 | 201.47 | 5,698.93 | Checking - ***8219 | | | 183.10 |
| **Taxes** | | | Current | YTD Amount | **Memo** | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | | | |
| Federal Withholding | | | 0.00 | -23.00 | | | | |
| Social Security Employee | | | -12.49 | -353.33 | | | | |
| Medicare Employee | | | -2.92 | -82.63 | | | | |
| GA - Withholding | | | -2.96 | -72.66 | | | | |
| | | | -18.37 | -531.62 | | | | |
| **Net Pay** | | | 183.10 | 5,167.31 | | | | |

HUTTO'S AMERICAN SUPER SUDS INC., 1754 C Springhill Church Rd., HEPHZIBAH, GA 30815

Powered by Intuit Payroll

HUTTO'S AMERICAN SUPER SUDS INC.
1754 C Springhill Church Rd.
HEPHZIBAH, GA 30815

Bernard Harper
2630 Crosscreek Rd.
Hephzibah, GA 30815

Direct Deposit

| Employee Pay Stub | | Check number: DD1445 | | | Pay Period: 08/02/2017 - 08/08/2017 | | Pay Date: 08/11/2017 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Bernard Harper, 2630 Crosscreek Rd., Hephzibah, GA 30815 | | | | | ***-**-4472 | Single/Single | Fed-2/0/GA-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Hourly Rate 1 | 25:08 | 8.00 | 201.07 | 5,900.00 | Checking - ***8219 | 182.74 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | 0.00 | -23.00 | | |
| Social Security Employee | | | -12.47 | -365.80 | | |
| Medicare Employee | | | -2.92 | -85.55 | | |
| GA - Withholding | | | -2.94 | -75.60 | | |
| | | | -18.33 | -549.95 | | |
| **Net Pay** | | | **182.74** | **5,350.05** | | |

HUTTO'S AMERICAN SUPER SUDS INC., 1754 C Springhill Church Rd., HEPHZIBAH, GA 30815          Powered by Intuit Payroll

HUTTO'S AMERICAN SUPER SUDS INC.
1754 SPRINGHILL CHURCH RD. UNIT C
HEPHZIBAH, GA 30815




Bernard Harper
2630 Crosscreek Rd.
Hephzibah, GA 30815


Direct Deposit


| **Employee Pay Stub** | | Check number: DD1111 | | | Pay Period: 08/03/2016 - 08/09/2016 | | Pay Date: 08/12/2016 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Bernard Harper, 2630 Crosscreek Rd., Hephzibah, GA 30815 | | | | | ***-**-4472 | Single/Single | Fed-2/0/GA-2/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Hourly Rate 1 | 24:25 | 7.65 | 186.79 | 3,897.69 | Checking - ***8219 | 170.17 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | 0.00 | 0.00 | | |
| Social Security Employee | | | -11.58 | -241.66 | | |
| Medicare Employee | | | -2.71 | -56.52 | | |
| GA - Withholding | | | -2.33 | -26.84 | | |
| | | | -16.62 | -325.02 | | |
| **Net Pay** | | | 170.17 | 3,572.67 | | |

HUTTO'S AMERICAN SUPER SUDS INC., 1754 SPRINGHILL CHURCH RD. UNIT C, HEPHZIBAH, GA 30815      Powered by **Intuit Payroll**

HUTTO'S AMERICAN SUPER SUDS INC.
1754 C Springhill Church Rd.
HEPHZIBAH, GA 30815

Bernard Harper
2630 Crosscreek Rd.
Hephzibah, GA 30815

Direct Deposit

| Employee Pay Stub | | Check number: DD1463 | | | Pay Period: 08/23/2017 - 08/29/2017 | | Pay Date: 09/01/2017 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Bernard Harper, 2630 Crosscreek Rd., Hephzibah, GA 30815 | | | | | ***-**-4472 | Single/Single | Fed-2/0/GA-2/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Hourly Rate 1 | 19:32 | 8.00 | 156.27 | 6,458.54 | Checking - ***8219 | 143.08 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| Federal Withholding | | | 0.00 | -23.00 | | |
| Social Security Employee | | | -9.69 | -400.43 | | |
| Medicare Employee | | | -2.27 | -93.85 | | |
| GA - Withholding | | | -1.23 | -82.71 | | |
| | | | -13.19 | -599.79 | | |
| **Net Pay** | | | 143.08 | 5,858.75 | | |

HUTTO'S AMERICAN SUPER SUDS INC., 1754 C Springhill Church Rd., HEPHZIBAH, GA 30815

Powered by Intuit Payroll

HUTTO'S AMERICAN SUPER SUDS INC.
1754 C Springhill Church Rd.
HEPHZIBAH, GA 30815

Bernard Harper
2630 Crosscreek Rd.
Hephzibah, GA 30815

Direct Deposit

| Employee Pay Stub | | Check number: DD1475 | | | Pay Period: 09/06/2017 - 09/12/2017 | | Pay Date: 09/15/2017 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Bernard Harper, 2630 Crosscreek Rd., Hephzibah, GA 30815 | | | | | ***-**-4472 | Single/Single | Fed-2/0/GA-2/0 | |
| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Direct Deposit** | | | Amount |
| Hourly Rate 1 | 29:17 | 8.00 | 234.27 | 7,008.28 | Checking - ***8219 | | | 208.72 |
| **Taxes** | | | Current | YTD Amount | **Memo** | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | | | |
| Federal Withholding | | | -3.00 | -38.00 | | | | |
| Social Security Employee | | | -14.52 | -434.51 | | | | |
| Medicare Employee | | | -3.40 | -101.62 | | | | |
| GA - Withholding | | | -4.63 | -96.85 | | | | |
| | | | -25.55 | -670.98 | | | | |
| **Net Pay** | | | 208.72 | 6,337.30 | | | | |

HUTTO'S AMERICAN SUPER SUDS INC.
1754 C Springhill Church Rd.
HEPHZIBAH, GA 30815

Bernard Harper
2630 Crosscreek Rd.
Hephzibah, GA 30815

Direct Deposit

| Employee Pay Stub | | Check number: DD1487 | | | Pay Period: 09/20/2017 - 09/26/2017 | | Pay Date: 09/29/2017 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| Bernard Harper, 2630 Crosscreek Rd., Hephzibah, GA 30815 | | | | | ***-**-4472 | Single/Single | Fed-2/0/GA-2/0 | |
| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | **Direct Deposit** | | | **Amount** |
| Hourly Rate 1 | 25:34 | 8.75 | 223.71 | 7,427.99 | Checking - ***8219 | | | 200.52 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | | | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | | | |
| Federal Withholding | | | -2.00 | -40.00 | | | | |
| Social Security Employee | | | -13.87 | -460.54 | | | | |
| Medicare Employee | | | -3.25 | -107.71 | | | | |
| GA - Withholding | | | -4.07 | -103.62 | | | | |
| | | | -23.19 | -711.87 | | | | |
| **Net Pay** | | | 200.52 | 6,716.12 | | | | |

*Thank you for your hard team work at Hutto's. We appreciate you very much!*

*April Hutto*