IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Bernard E Harper | ) | |
| 2630 Crosscreek Road | ) | Case No: 17-11478-SDB |
| Hephzibah, GA 30815-6603 | ) | |
| | ) | |
| Debtor | | |

**MOTION TO INCREASE PAYMENTS OR, IN THE ALTERNATIVE,
TO DISMISS AND REQUEST FOR HEARING**

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and, pursuant to 11 U.S.C. §1329, hereby shows this Honorable Court the following:

1. Debtor's Chapter 13 case was filed on October 2, 2017. Debtor's plan was confirmed on January 12, 2018.
2. This case must be increased from $385.00 to $403.00 per month, beginning June 1, 2018, in order to comply with the terms of the confirmed plan.
3. The Trustee requests that a hearing be scheduled on this motion unless a consent agreement, signed by the Debtor, is filed with this Court within fourteen (14) days of the filing of this motion.

WHEREFORE, said Trustee prays Debtor increase plan payments as necessary to fund the Chapter 13 plan or the case be dismissed.

This 8th day of May 2018.

/s/ Jane Miller
Jane Miller, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 256304

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of this Motion to Increase Payments or, in the Alternative, to Dismiss and Request for Hearing have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the 8th day of May 2018.

/s/ John Eckert
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127

Lee Ringler
Attorney At Law
808 Greene St Suite 200
Augusta, GA 30901

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

In the Matter of: ) Chapter 13
Bernard E Harper )
2630 Crosscreek Road ) Case No: 17-11478-SDB
Hephzibah, GA 30815-6603 )
 )

**ORDER ON TRUSTEE'S MOTION TO INCREASE PAYMENTS
OR IN THE ALTERNATIVE TO DISMISS**

Upon having read and considered the above Motion, the same is hereby:

- ☐ Granted and
    - ☐ Plan payments are increased to $_____ for the balance of the plan beginning _____.
    - ☐ Debtor pay $_____ by _____.
    - ☐ Debtor pay $_____ per _____ until _____.

    - ☐ Debtor's case is dismissed
        - ☐ With prejudice against re-filing for 180 days.
        - ☐ Unless Debtor convert to Chapter 7 within fourteen (14) days, $25 conversion fee is due upon filing notice of conversion.

- ☐ Denied.
- ☐ Continued to the _____ term of Court.
    - ☐ With payments of $_____ in the interim.

- ☐ Upon failure to strictly comply with any term hereof or the Plan, the Trustee shall file and serve a Notice of Non Compliance. If no request for a hearing is filed within fourteen (14) days of the Notice of Non Compliance, the case will be dismissed. No such

request should be filed unless the Trustee's notice is factually inaccurate.

IT IS SO ORDERED.

[END OF DOCUMENT]

_____          _____
Debtor                                   Attorney for Debtor


_____          _____
Debtor                                   Attorney for Chapter 13 Trustee Huon Le