United States Bankruptcy Court
Southern District of Georgia

In re:                                                            Case No. 17-11478-SDB
Bernard E. Harper                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113J-1         User: ctoole           Page 1 of 1           Date Rcvd: May 23, 2018
                             Form ID: pdf004        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
db              Bernard E. Harper,    2630 Crosscreek Road,    Hephzibah, GA  30815-6603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
              Huon   Le    notices@chp13aug.org
              Lee   Ringler     on behalf of Debtor Bernard E. Harper court@leeringler.com,
               lringler@leeringler.com;r42402@notify.bestcase.com
              Office of the U. S. Trustee    Ustpregion21.sv.ecf@usdoj.gov
                                                                                           TOTAL: 3

**IT IS ORDERED as set forth below:**



**Date: May 23, 2018**

_Susan D. Barrett_
United States Bankruptcy Judge
Southern District of Georgia

---

# UNITED STATES BANKRUPTCY COURT
## For the Southern District of Georgia

In the matter of:
Bernard E. Harper,   )   Chapter 13
                     )
                     )
                     )   Case No. 17-11478
       Debtor(s)     )

### ORDER ON TRUSTEE'S MOTION TO INCREASE PAYMENTS OR IN THE ALTERNATIVE TO DISMISS

Upon having read and considered the above Motion, the same is hereby:

- [✓] Granted and
  - [✓] Plan payments are increased to $403 monthly for the balance of the plan beginning June 2, 2018.
  - [ ] Debtor(s) pay $ _____ by _____.
  - [ ] Debtor(s) pay $ _____ per _____ until _____.
  - [ ] Debtor(s) case is dismissed
    - [ ] With prejudice against re-filing for 180 days.
    - [ ] Unless Debtor(s) convert to Chapter 7 within fourteen (14) days, $25 conversion fee is due upon filing of notice of conversion.

Chapter 13 Case No. 17-11478

Page 2

☐ Denied.

☐ Continued to the _____ term of Court.

☐ With payments of $_____ in the interim.

☐ Upon failure to strictly comply with any term hereof or the Plan, the Trustee shall file and serve a Notice of Non-Compliance. If no request for hearing is filed within fourteen (14) days of the Notice of Non-Compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

**[END OF DOCUMENT]**

Consented to by:

_____
Debtor

_____
Debtor

_____
Attorney for Debtor
V. Lee Ringler

_____
Chapter 13 Trustee/Attorney for
Huon Le, Cortney Elam, Jane Miller